**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOHN YACCO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>C & J COX CORPORATION,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-00935-TLN-CSK<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE JEREMY D. PETERSON FOR JUDICIAL SETTLEMENT CONFERENCE** |

　　　Having reviewed the stipulation of the parties, and good cause appearing,

　　　IT IS ORDERED that this case is referred to Magistrate Judge Jeremy D. Peterson for a judicial settlement conference to be held via videoconference.

Dated: September 9, 2025

_____
Troy L. Nunley
Chief United States District Judge